**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

DEC 2 1 2018

CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
BY          MMS          DEPUTY

UNITED STATES OF AMERICA,

                                    Plaintiff,

vs.

VIRGLE MARIS BENSON,

                                    Defendant.

Case No. 17CR1639-BEN

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, with prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

8:1324(a)(2((B)(iii)(v)(II)

Dated:  12/20/2018

Hon. Linda Lopez
United States District Judge